Mark I. Wraight (State Bar Number 228303)
mark.wraight@stinson.com
Rebecca S. Saelao (State Bar Number 222731)
rebecca.saelao@stinson.com
Christopher M. Lapidus (State Bar Number 316005)
christopher.lapidus@stinson.com
STINSON LLP
595 Market Street
Suite 2600
San Francisco, California 94105
Telephone:  415.398.3344
Facsimile:   415.956.0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LINDA ELAINE DUNDAS AND ARTHUR MARSHALL DUNDAS JR., <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A. <br><br> Defendant. | Case No. 2:25-cv-02443-WBS-CSL <br><br> Hon. William B. Shubb <br> Courtroom 5 <br><br> **ORDER ENTERING JOINT STIPULATION FOR ARBITRATION AND STAY OF CASE** <br><br> Action Filed:     August 27, 2025 |

## **ORDER**

Pursuant to the Joint Stipulation for Arbitration and to Stay Action of Plaintiffs LINDA ELAINE DUNDAS and ARTHUR MARHSALL DUNDAS JR. ("Plaintiffs") and Defendant WELLS FARGO BANK, N.A. ("Wells Fargo"), and GOOD CAUSE APPEARING:

**IT IS HEREBY ORDERED** that:

1. The Parties shall submit to binding nonjudicial arbitration;

2. The arbitration shall be conducted through AAA;

3. The Parties to bear fees and costs pursuant to AAA's Consumer Rules and Consumer Fee Schedule;

4. This action shall be STAYED in its entirety until the arbitration has been completed;

4. All dates and deadlines are vacated; and

5. The Parties shall file a joint status report regarding the status of the arbitration no later than 10 days of completion of arbitration.

**IT IS SO ORDERED.**

Dated:  December 12, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE